SCHMIDT BROTHERS MACHINE WORKS, INC., Appellant, v. CONSTANTIN WAGNER, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

DAVID GOLDBERG, Appellant, v. MAURICE MARKEL, etc., Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

OTA R. BUSH, Respondent, v. FAY TAXICABS, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ALEXANDER C. CASTRIOTIS, Appellant, v. NICHOLAS GALANOS, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOHN SABOSKI, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of SIDNEY J. HOLBOROW, Respondent, v. CELESTIAL RESTAURANT COMPANY, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of FRANK JONES, Respondent, v. HARRIS LICHTMAN, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

CATHERINE O'ROURKE, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN NEUSCHTAT, Appellant, v. ABRAHAM KAPLAN and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of WILLIAM F. CUMMINGS, Appellant, v. ZEMSKY BROTHERS, INC., Respondent.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JULIUS BAJUSZ, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JULIUS BAJUSZ, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

IGNAZIO ITALIANO, Appellant, v. ETHEL FINKELSTEIN and Others, Respondents. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GEORGE KREMER, Appellant, v. FIFTY-FIFTH STREET AND TENTH AVENUE HOLDING CORPORATION, Respondent.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.